# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 10-5213** | **September Term, 2010** |
| | FILED ON: JUNE 14, 2011 |

AMERICAN BUS ASSOCIATION,
  APPELLEE

v.

PETER M. ROGOFF, HONORABLE, ADMINISTRATOR, FEDERAL TRANSIT ADMINISTRATION AND FEDERAL TRANSIT ADMINISTRATON,
  APPELLANTS

Consolidated with 10-5214

Appeals from the United States District Court
for the District of Columbia
(No. 1:10-cv-00686)
(No. 1:10-cv-00701)

MANDATE

Before: GARLAND and KAVANAUGH, *Circuit Judges*, and WILLIAMS, *Senior Circuit Judge*

## JUDGMENT

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in these causes is hereby reversed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Jennifer M. Clark
Deputy Clerk

A True copy:

Date: June 14, 2011

Opinion for the court filed by Circuit Judge Garland.


United States Court of Appeals for the District of Columbia Circuit
BY: Deputy Clerk